In the Matter of ALBANY MEDICAL CENTER HOSPITAL, Appellant, v. H. RUSSELL HARRIS, as Commissioner of the Department of Public Welfare of the County of Warren, Respondent.— AULISI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.